262 So.2d 312

**In re Billy Don CLARK**

**v.**

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**6 Div. 973.**

Supreme Court of Alabama.

May 11, 1972.

William J. Baxley, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for the State.

Jack H. McGuire, Tuscaloosa, opposed.

HEFLIN, Chief Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Clark v. State, 48 Ala.App. 108, 262 So.2d 310.

Writ denied.

MERRILL, HARWOOD, MADDOX and McCALL, JJ., concur.

260 So.2d 418

**In re Jerome DALY**

**v.**

**STATE of Alabama.**

**Ex parte Jerome Daly.**

**8 Div. 477.**

Supreme Court of Alabama.

April 6, 1972.

N. J. Cervera, Cervera & Folmer, Troy, for petitioner.

William J. Baxley, Atty. Gen., for the State.

HARWOOD, Justice.

Petition of Jerome Daley for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Daly v. State, 47 Ala.App. 681, 260 So.2d 412.

Writ denied.

HEFLIN, C. J., and LAWSON, MERRILL and MADDOX, JJ., concur.